R. F. SIMONTON, Cashier, *v.* L. G. GAITHER and others.

(The Syllabus in this is the same as it is in the preceding case of *Simonton v. Lanier* and others—page 498.)

In this case, the defendants appealed upon the same grounds and for the same reasons as did the defendants in the preceding case, *ante*.

*McCorkle & Bailey*, for appellants.
*Folk & Armfield* and *Furches*, contra.

BYNUM, J. The same motions were made and overruled in this case, as in the case of *Simonton* v. *Lanier*, decided at this term of the Court. The facts in the two cases, are almost identical, and therefore for the reasons given in the case of *Simonton* v. *Lanier*, we hold the ruling of his Honor below, on the motion to arrest the judgment, erroneous.

The case is remanded to the end that the proper correction be made, and that upon the payment of the judgment and legal interest, satisfaction be entered of record.

PER CURIAM. Judgment reversed and case remanded.